514 A.2d 947

Noel ARMSTRONG, Appellant,

v.

PENNSYLVANIA ASSIGNED CLAIMS PLAN and Travelers Insurance Company, Appellees.

Superior Court of Pennsylvania.

Argued Feb. 24, 1986.

Filed Sept. 19, 1986.

Theodore Hauptman, Philadelphia, for appellant.

David M. McCormick, Philadelphia, for appellees.

Before CIRILLO, President Judge, and CAVANAUGH,* BROSKY, WIEAND, OLSZEWSKI, DEL SOLE, MONTEMURO, BECK and TAMILIA, JJ.

OLSZEWSKI, Judge:

This matter comes before this Court *en banc* on appeal from an order of the lower court granting appellees' motion for judgment on the pleadings. Appellant asks us to decide whether an uninsured owner-operator may receive uninsured motorist benefits from an assigned claims plan insurer. In a companion case, we answered this question in the negative. We refer appellant to the case of *Brown v. Travelers Insurance Company*, 355 Pa.Super. 535, 513 A.2d 1051 (1986).

Order affirmed.

BROSKY, J., files dissenting opinion.

* CAVANAUGH, J., did not participate in the decision in this case.

BROSKY, Judge, dissenting:

I dissent for the reasons set forth in my Dissenting Opinion in *Brown v. Travelers Insurance Company*, 355 Pa.Super. 535, 513 A.2d 1051 (1986).